```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TARA I. ALLEN, Bar #235549
    Staff Attorney
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    MARLOW AYERS
 6
```

                      IN THE UNITED STATES DISTRICT COURT

                     FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Mag. 06-307-DAD |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER |
| v. | ) | Date: January 17, 2007 |
| | ) | Time: 9:00 a.m. |
| MARLOW AYERS, | ) | Judge: Dale A. Drozd |
| Defendant. | ) | |
| _____ | ) | |

     The United States of America, through MATTHEW C. STEGMAN, Assistant United States Attorney, together with defendant, MARLOW AYERS, by and through his counsel TARA I. Allen of the Federal Defenders Office, stipulate that the court trial set for December 20, 2006 be rescheduled for Wednesday, January 17, 2007 at 9:00 a.m. Defense counsel anticipates that the matter will be resolved before the court trial date.

     Dated: December 15, 2006

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Tara I. Allen

                                        _____
                                        TARA I. ALLEN
                                        Staff Attorney
                                        Attorney for Defendant
                                        JAMES WILLIS

/ / /

```
Dated:  December 18, 2006            MCGREGOR W. SCOTT
                                     United States Attorney

                                     /s/  Matthew Stegman
                                     _____
                                     MATTHEW STEGMAN
                                     Assistant U.S. Attorney
```

**O R D E R**

IT IS SO ORDERED.

DATED: December 18, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/ayers0307.stipord