```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
TARA I. ALLEN, Bar #235549
Staff Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant


Attorneys for Petitioner
MARLOW AYERS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 06-mj-0307-DAD |
|---|---|---|
| Plaintiff, | ) | **ORDER TO FILE EXHIBIT UNDER SEAL** |
| vs. | ) | |
| MARLOW AYERS, | ) | |
| Defendant. | ) | |

**ORDER**

IT IS ORDERED that the exhibit referenced in the pending motion for continuance lodge with this Court on January 16, 2007, in a sealed envelope, shall be maintained under seal by the clerk of this Court and shall not be made available to respondent's counsel or to the public.

DATED: January 16, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/ayers0306.ord.sealing